6th circuit court
and supreme court
inspector general / ??
Michigan Supreme Court
??

Case Eastern District Court
of Michigan
Magistrate Stafford
USA ?? vs James Holloway
USA vs civil rights

James Holloway
7454 ?? Blvd
?? MI 46092
Ph. # 406-307-??-141

RECEIVED
MAR 10 2025
KELLY L. STEPHENS, Clerk

Hello 6th circuit court and inspector general, writing you today about case ?? that I am false imprisoned with no ?? by the magistrate of the eastern district court of Michigan. I was the victim in 2019 to Domestic Terrorism (1183, 2331) and treason ?? ?? ?? to ?? 6th circuit court of appeals ?? and USA district court of Michigan. A Judge who acts as a ?? ?? for invasion People/?? with damages or the ?? ?? ?? ?? the People through true ?? of ?? and overthrow of government from within. As the federal criminal code was created to ?? the ?? in terror and ?? the damages done for the ?? ?? rights is Such, Writ of ?? and other ?? ?? and ?? ??.

18 USC 2384 seditious conspiracy, ??, ??, during the execution ?? ?? ?? ?? ?? States of America...

18 USC 3161 RULE 48 Chapter 118 2441 war crimes (b) (1) jurisdiction and (A) torture, (B) cruel or inhumane treatment, (D) murder (attempt) (E) mutilation, (F) intentionally causing serious bodily injury 1183 (1)(A)2340 logs ?? ?? 2441(3) (G) Rape, (H) Sexual Abuse and (I) Taking hostages... etc.

Thousands of felonies/charges that go into that terrorism and treason and war crimes. Retaliation upon (?) in the deprivation of rights 18 USC 242 and kidnapping (Aggravated with military force) chapter 73 obstruction of justice 1503 ?? in perjury chapter 79 1621, chapter 73 1512, 1514, 1514A, 1510, 1514 and withholding of evidence ?? ?? ?? Misprision of Treason 18 USC 2382 withholding from ?? and ?? court for ?? ?? (checked) Witnesses 18 USC 2,384, and ?? ?? when ?? damages in ?? Aid and comfort ?? 18 USC 2381 and 1183 2331 Domestic terrorism etc.
→ Pg1, Pg2 →

Nail this everywhere

James Holloway
74511 Convention Blvd
Warren MI 48092
DL H400 367 626 141

pg 2.

Pull the court transcripts of 18th circuit court of Macomb Michigan and Troy Michigan court of appeals as I have barriers as false imprisoned and being tortured around and denied my legal mail in retaliation and Aid and Comfort Chapters 83 1203 in 18 USC 242 as reported to these facilities that I have been previously abducted into and tortured in as the victim falsely made the defendant due for the depriving of rights in terrorism when we were hostages taken and sent to as in cyber terrorism and then to in person when apprehended always as hostages of abuse when not things go into that terrorism. The Michigan courts are corrupt as supreme court informed and appeals check misprison treason in aid and comfort with many barriers as intimidation, coercion and retaliation in 18 USC 242 and 241.

I have mailed the Supreme court of Michigan when they and since supreme and appeals and you and the inspector general and Federal GAO, [illegible] Michigan Attorneys with the AG security but permission upon receipt and 18 USC 2382 in aid and comfort in actions taken upon. Send this all to the military as it is a military jurisdiction and commissions in such jurisdiction upon such supreme law affidavits with all the aspects of prima facie probable cause of the established crimes that are enemy to the People and established courts jurisd' with all aspect there and said in open court the grounds for laying charges with such, etc, etc.. not enough paper or stamps to mail and am transferred over and over etc.. The intent to prevent me from reporting such, that's why I was unlawfully arrested in apprehended kidnapping upon me

Every single one of these charges is false and previous charges that had coercion to plead to is beyond Police misconducts, prosecution misconducts, and judicial misconducts with a Repeated Pattern of such with many damages in the suffering of rights. A continuous pattern and long time state of fear to be inflicted is very in error.

NO you do not understand. It is that bad.

If your not going to dismiss and press and sentence as required by law... then go to court and impromptu Trial (speedy) so I can have arrest the corruption and in open court records. Be motion for Release on no bond with no financial obligations as required by law ever 90 days and no waiver of my speedy rights and your continual court hearings upon me peacefully in which And A writ of prohibition that prohibited the Magistrate from denying me bond using false information in perjury to do so. In this magistrates aid and comfort of such in the denying of rights and statement in my right to have a defense and represent myself as I don't trust this courts appointment and am forced to represent myself. Ineffective council and corrupt misrepresentation and oh... much more.

Motion for Release, Motion for Discovery, Then deposition of those involve to see what corrupt will be used a trial. Then motion for evidently hearing upon such and then motion for suppression hearing. Immediately.

As well upon release give me my property. Robbery/Extortion under the color of official right. And bankrupting me and my credit and property is all gone and missing. Also 18 USCS 1951 prevents and hinder commerce. Destroying my life and getting my things repaired even etc... Homeless once again (I work 70+ hours every week) that was very hard earned

☆ I will be transferred from here again, 5th time within half a year of this false imprisonment and withholding of mail and 24hr lock downs falsely done and dismissed by the DHO. And withheld legal mail at FMC Lexington. Never received.

Silicon County shut the door on me for 24hr lock down and go 6 over unless I show them my dick and done so before bond hearing and shut the phone off on me and no communication with outside world or court or attorneys and the court bond hearing was held 72 hours. Silicon county says I have no 8th Amendment still denied bond in discrimination in the depriving of rights. Genesse County did sexual abuse after that (Agonative Lgtace would be used in coercion) then denied my ability to grieve and then blocked my ability to grieve or file request or court inquires and addresses for courts. Foia the grievances on the electronic grievances at the facility. Barriers....

Released from false holding with no jurisdiction to hold. Habeas Corpus....

Your procedural norms are not above the constitution and what Hansen is required and that is always good cause of adherance to law.

Thats what is to be a procedural norm

James Holloway
ID 1000014785
215 N 3rd Street
Chickasha, OK
73018

Clerk of the Circuit Court
100 East Fifth Street
Cincinnati, OHIO 45202



OKLAHOMA CITY OK 730
27 FEB 2025 PM 4 L

RECEIVED
MAR 10 2025
KELLY L. STEPHENS, Clerk

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.