UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 25, 2025

Mr. James Nelson Holloway
Midland County Jail
101 Fast Ice Drive
Midland, MI 48642

Re: Case No. 25-1343, *In re: James Holloway*
Originating Case No.: 2:24-mj-30456

Dear Mr. Holloway,

The court received returned mail regarding a Writ of Mandamus due to an old address at Grady County Law Enforcement Center.

Enclosed please find the letter regarding the above listed case number 25-1343, for the Writ of Mandamus.

The filing fee for the petition is $600, which is payable to the Clerk, Sixth Circuit Court of Appeals. If you wish to seek a waiver of the filing fee, a motion for pauper status with a completed financial affidavit is now due by **May 26, 2025.**

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015